IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 624-013 |
| SHRIJI PROPERTIES, LLC; SHRIJI 9 LLC; TEJASH SHAH; MIHIR PATEL; and GRAYLING BRYANT, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Defendants Shriji Properties, LLC, Shriji 9 LLC, Tejash Shah, and Mihir Patel filed a motion for an extension of sixty days to respond to Plaintiff's complaint. (Doc. no. 6.) The motion does not indicate Plaintiff's counsel consents to the extension, and there is no certificate of service attached showing that the motion was served on opposing counsel.[1] Plaintiff shall have through and including May 7, 2024, to raise any objection or otherwise respond to Defendants' motion.

SO ORDERED this 30th day of April, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A copy of every further pleading or other document submitted to the Court must be served on opposing counsel. The papers to be filed shall include a certificate stating the date a true and correct copy of any document was mailed to opposing counsel. Fed. R. Civ. P. 5; Loc. R. 5.1.